# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT JOSEPH MCCARTY, | |
| Plaintiff, | 2:16-cv-00161-RFB-VCF |
| vs. | **ORDER** |
| LAS VEGAS DEFENSE GROUP, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Motion to Withdraw Complaint (#4). Plaintiff seeks to withdraw his complaint and file in state court. Under FED. R. CIV. P. 41(a)(1), the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. To date, Defendants have not been served.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Complaint (#4) is GRANTED.

The Clerk of Court is directed to close this case.

DATED this 12th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE